UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ABIGAIL FRICKE,

    Plaintiff,

v.                                          CAUSE NO. 1:21-cv-3086

MENARD, INC.,

    Defendant.

**PETITION FOR REMOVAL OF ACTION**

Defendant, Defendant, Menard, Inc. ("Menards"), by counsel, for its Petition for Removal of Action, states as follows:

1. On November 24, 2021, Plaintiff filed ther Complaint against Defendant in the Johnson County Superior Court, Civil Division 4 of Indiana under Cause Number 41D04-2111-CT-00158.

2. In her Complaint, Plaintiff alleges that on May 5, 2021, she was an invitee on the Menards' premises when she tripped and fell, causing her injuries and damages.

3. Plaintiff alleges that she sustained damages as a result of the incident at a Menards' store.

4. Plaintiff is a citizen of the State of Indiana.

5. Defendant is incorporated under the laws of the State of Wisconsin with its principal place of business in Eau Claire, Wisconsin.

6. Defendant contends that this cause is removable under 28 U.S.C. § 1332 and none of the impediments to removal under 28 U.S.C. § 1445 are present in this action.

7. Defendant certifies that to the best of its knowledge, information and belief, the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs, as Plaintiff's Complaint has a prayer for damages as exceeding $75,000.00 and alleges that Defendant breached its duty to Plaintiff causing Abigail Fricke to incur "medical expenses, lost wages and other special damages, and future medical expenses."

8. Further, Defense counsel conferred with Plaintiff's counsel and Plaintiff's counsel confirmed that Plaintiff was unable to stipulate that her damages do not exceed $75,000.

9. Defendant was served with Plaintiff's Complaint by certified mail on December 2, 2021.

10. This Petition for Removal is being filed with the Court within thirty (30) days after determining that the basis for diversity jurisdiction exists.

11. Copies of all pleadings filed in the state court action that are in the possession of Defendant are attached as "Exhibit A".

12. Contemporaneously, a written notice is being provided to all adverse parties and to the Clerk of the Johnson County Superior Court, Civil Division 4 that this Petition of Removal is being filed in this Court.

**WHEREFORE**, Defendant, Menard, Inc., prays that the entire state court action pending in the Johnson County Superior Court, Civil Division 4 of Indiana, under Cause Number 41D04-2111-CT-000158, be removed to this Court for all further proceedings.

Dated:  December 22, 2021

          Respectfully submitted,

          KOPKA PINKUS DOLIN PC

          By: */s/   Jessica N. Hamilton*
              Jessica N. Hamilton, Atty No. 34268-71
              Leslie B. Pollie, Atty No. 25716-49
              Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 22, 2021, the foregoing has been filed through the Court's ECF system and notice has been electronically served on all counsel of record.

Phillip Olsson
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN  47404


          */s/   Jessica N. Hamilton*


KOPKA PINKUS DOLIN PC
550 Congressional Boulevard
Suite 310
Carmel, IN 46032
(317) 818-1360 | office
(317) 818-1390 | fax
jnhamilton@kopkalaw.com